UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Case No. 06-cr-172-01-SM

<u>Douglas Heath</u>

<u>O R D E R</u>

Defendant Bennett's motion to continue the final pretrial conference and trial is granted (document 14). Trial has been rescheduled for the May 2007 trial period. Defendant Heath shall file a waiver of speedy trial rights not later than February 9, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 23, 2007 at 3:00 p.m.

**Jury Selection**: May 1, 2007 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

February 2, 2007

cc: Bjorn Lange, Esq.
    Helen Fitzgibbon, AUSA
    US Probation
    US Marshal